JUDGE KOELTL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

    - v. -                       :    08 Cr.

GANG XIONG HUANG,                     08 CRIM 600
    a/k/a "Michael,"
                                 :
            Defendant.
                                 :
- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about July 26, 2006, and continuing thereafter, in the Southern District of New York and elsewhere, GANG XIONG HUANG, a/k/a "Michael," the defendant, having been released on bail in connection with a charge of an offense punishable by a fine or imprisonment for not more than five years, or both, unlawfully, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, HUANG failed to appear before United States District Court Judge Michael B. Mukasey on July 26, 2006, for his sentencing in the matter of <u>United States</u> v. <u>Gang Xiong Huang</u>, 04 Cr. 1378 (MBM), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1)
and (b)(1)(A)(iii).)


_____              _____
FOREPERSON                             MICHAEL J. GARCIA
                                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GANG XIONG HUANG,
a/k/a "Michael,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 3146(a)(1)
and (b)(1)(A)(iii).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
7/2/08        Foreperson.

7/2/08  FLD INDICTMENT
CASE ASSIGNED TO JUDGE KOELTL

FREEMAN M.J.